No. 3.　UNITED STATES *v.* READING COMPANY ET AL.; and

No. 4.　READING COMPANY ET AL. *v.* UNITED STATES. Appeals from the District Court of the United States for the Eastern District of Pennsylvania.　Motions to modify decree submitted June 1, 1920.　Denied June 7, 1920.　*Mr. Wm. Clarke Mason* and *Mr. Charles Heebner* for Reading Co. *et al.* · *Mr. Charles E. Miller* and *Mr. Robert W. de Forest* for Central Railroad Company of New Jersey and Lehigh & Wilkes-Barre Coal Co.　*The Solicitor General, Mr. Assistant to the Attorney General Ames,* and *Mr. A. F. Myers,* Special Assistant to the Attorney General, for the United States.　[See *ante,* 26.]